TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone:  (480) 247-9644
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Leslie Ko

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Leslie Ko, | Case No.: 3:16-cv-00199-JSC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| vs. | |
| Pioneer Credit Recovery, Inc, | |
| Defendant. | |

1  Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: July 7, 2016

**GRANTED**

*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley